United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO PRECIADO,<br>Plaintiff,<br>v.<br>SYTSE SIJBRADNIJ, et al.,<br>Defendants. | Case No. 25-cv-01597-EKL (VKD)<br><br>**ORDER OF RECUSAL** |

This Court, having been assigned to this matter for discovery referral purposes, recuses itself from this case. The Clerk of Court is directed to reassign this case to another magistrate judge.

**IT IS SO ORDERED.**

Dated: March 20, 2025

Virginia K. DeMarchi

VIRGINIA K. DEMARCHI
United States Magistrate Judge