CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants Sytse Sijbrandij, Brian G. Robins, David DeSanto, Sundeep Bedi, Karen Blasing, Sue Bostrom, Matthew Jacobson, Mark Porter, Merline Saintil, Godfrey Sullivan, and Nominal Defendant GitLab Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO PRECIADO, derivatively on behalf of GITLAB INC.,<br>Plaintiff,<br><br>v.<br><br>SYTSE SIJBRANDIJ, BRIAN G. ROBINS, DAVID DESANTO, SUNDEEP BEDI, KAREN BLASING, SUE BOSTROM, MATTHEW JACOBSON, MARK PORTER, MERLINE SAINTIL, and GODFREY SULLIVAN,<br>Individual Defendants, and<br><br>GITLAB INC.,<br>Nominal Defendant. | Case No.: 5:25-cv-01597-EKL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Eumi K Lee<br><br>Date Action Filed: February 14, 2025 |



FENWICK & WEST LLP

Plaintiff Eduardo Preciado ("Plaintiff") and Defendants Sytse Sijbrandij, Brian G. Robins, David DeSanto, Sundeep Bedi, Karen Blasing, Sue Bostrom, Matthew Jacobson, Mark Porter, Merline Saintil, and Godfrey Sullivan, and Nominal Defendant GitLab Inc. (together, "Defendants"), by and through their undersigned counsel, hereby submit the following stipulation:

WHEREAS, on February 14, 2025, Plaintiff filed a Verified Shareholder Derivative Complaint against Defendants (the "Complaint");

WHEREAS, the Complaint asserts claims based on the same alleged events and circumstances in the securities class action captioned Dolly v. GitLab Inc., Case No. 5:24-cv-06244- EKL (N.D. Cal.) (the "Securities Class Action");

WHEREAS, on April 22, 2025, the Court granted the Parties' stipulation to stay the Action pending resolution of the Securities Class Action (Dkt. No. 22);

WHEREAS, on August 14, 2025, the Securities Class Action was dismissed without prejudice;

WHEREAS, on September 8, 2025, the parties to the Securities Class Action filed a stipulation to dismiss that action with prejudice, and all parties to the Securities Class Action waived their rights to appeal any aspect of that action;

WHEREAS, in light of the foregoing, Defendants requested and Plaintiff consented to voluntarily dismiss this Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiff, GitLab Inc. ("GitLab"), and/or any other GitLab shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Action; and

WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any GitLab shareholder, or GitLab itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither

Plaintiff nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for this Court's approval, as follows:

1. The Action shall be dismissed without prejudice as to Plaintiff, GitLab, and/or any other GitLab shareholder; and

2. The Parties shall bear their own fees and costs in connection with the Action.

**IT IS SO STIPULATED.**

Dated: January 22, 2026

FENWICK & WEST LLP

By: /s/ *Catherine D. Kevane*
Catherine D. Kevane

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: ckevane@fenwick.com

Attorneys for Defendants Sytse Sijbrandij, Brian G. Robins, David DeSanto, Sundeep Bedi, Karen Blasing, Sue Bostrom, Matthew Jacobson, Mark Porter, Merline Saintil, Godfrey Sullivan, and Nominal Defendant GitLab Inc.

Dated: January 22, 2026

THE BROWN LAW FIRM, P.C.

By: /s/ *Robert C. Moest*
Robert C. Moest

2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: 310.915.6628
Facsimile: 310.915.9897
rmoest@thebrownlawfirm.net

Attorneys for Plaintiff Eduardo Preciado

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: January 22, 2026

By: /s/ *Catherine D. Kevane*
Catherine D. Kevane

SO ORDERED this 26th day of January, 2026.

Honorable Eumi K. Lee



FENWICK & WEST LLP